FILED



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80211 MISC

Dennett Francis Kourl, Jr. - #179725

_____/

### ORDER TO SHOW CAUSE

It appearing that Dennett Francis Kourl, Jr. has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Dennett Francis Kourl, Jr.
Edwards Lifesciences Corporation
1 Edward Way
Irvine, CA 92614